**No. 11-288. Donald O. Boos, Individually and on Behalf of All Others Similarly Situated, et al., Petitioners v. AT&T, Inc., et al.**

565 U.S. 1079, 132 S. Ct. 816, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8772.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 643 F.3d 127.

**No. 11-326. Nelson Serrano, Petitioner v. Florida.**

565 U.S. 1079, 132 S. Ct. 816, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8828.

December 5, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 64 So. 3d 93.

**No. 11-403. Joel W. Green, Petitioner v. United States, et al.**

565 U.S. 1079, 132 S. Ct. 817, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8750.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 418 Fed. Appx. 862.

**No. 11-405. Cynthia Harmon Waldroup, Administratrix for the Estate of Eugene Donjuall Gilliam, Petitioner v. Cammille Emmanuel.**

565 U.S. 1079, 132 S. Ct. 817, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8671.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 639 F.3d 1041.

**No. 11-409. Zhi G. Wang, et al., Petitioners v. City of Pleasanton, California, et al.**

565 U.S. 1079, 132 S. Ct. 817, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8801.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 434 Fed. Appx. 666.

**No. 11-410. Lori D. Ritenour, et al., Petitioners v. Leslie Osborne.**

565 U.S. 1079, 132 S. Ct. 817, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8746.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 424 Fed. Appx. 851.

**No. 11-416. Terrie A. Withers, et al., Petitioners v. Dick's Sporting Goods, Inc.**

565 U.S. 1079, 132 S. Ct. 821, 181 L. Ed. 2d 526, 2011 U.S. LEXIS 8789.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 636 F.3d 958.